RECEIVED
WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/29/07

RECEIVED
JUN 1 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| **ROBERT LEWIS JONES** | **CIVIL ACTION NO. 07-0744** |
| **VS.** | **SECTION P** |
| **WARDEN TERRY TERRELL** | **CHIEF JUDGE HAIK** |
| | **MAGISTRATE JUDGE METHVIN** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 29th day of August, 2007.

RICHARD T. HAIK, SR.
CHIEF JUDGE